IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID ROBERTSON                                                            PLAINTIFF

VS.                                     4:22-CV-00674-BRW

ENTERGY SERVICES, LLC                                                     DEFENDANTS

## JUDGMENT

Based on the Order entered today, July 11, 2023, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of July, 2023.

                                                                  BILLY ROY WILSON
                                             UNITED STATES DISTRICT JUDGE